IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL LEWIS WALKER,
    Plaintiff,

vs.                                                Case No. 3:12cv212/MCR/CJK

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

Pending before the Court is plaintiff's response to defendants' motion to dismiss (doc. 11). Within the response, plaintiff seeks leave to amend the complaint to cure the issues raised in defendants' motion. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff may amend his pleading once as a matter of course within 21 days after service of a motion to dismiss. Although 21 days has expired, plaintiff received an extension of time to respond to the motion, and leave to amend should be freely given.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff be GRANTED leave to amend the complaint.
2. That defendants' motion to dismiss (doc. 11) be DENIED as MOOT.

3. That plaintiff be required to file an amended complaint within seven (7) days of the order adopting this recommendation.

At Pensacola, Florida this 7th day of November, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).