IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL LEWIS WALKER,
    Plaintiff,

vs.                                                           Case No. 3:12cv212/MCR/CJK

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 7, 2012 (doc. 20), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing record, the Recommendation is adopted as the opinion of the Court.[1]

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The plaintiff is GRANTED leave to amend the complaint.

3.     The defendants' motion to dismiss (doc. 11) is DENIED as MOOT.

4.     Plaintiff is required to file an amended complaint within seven (7) days

---

[1] The parties were given an opportunity to object, but no objection has been filed. The First Amended Complaint was filed on November 13, 2012.

of the entry of this order.

DONE AND ORDERED this 11th day of December, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

*Case No: 3:12cv212/MCR/CJK*