UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMMANUEL LEWIS WALKER,**

    **Plaintiff,**

v.                                                                Case No. 3:12cv212/MCR/CJK

**STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 12, 2014 (doc. 68).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been timely filed.  Having considered the Report and Recommendation and the record, the Court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Defendant's motion for summary judgment (doc. 48) is granted and the the Clerk of Court is hereby directed to enter final summary judgment in favor of the Defendant, consistent with this Order, and tax costs against the Plaintiff.

    **DONE AND ORDERED** this 17th day of March, 2014.

                                                    *M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    CHIEF UNITED STATES DISTRICT JUDGE**